**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | |
|---|---|
| **AMANDA OSTRANDER,**<br><br>**Plaintiff,**<br><br>**-v-**<br><br>**ONCOCYTE CORPORATION,**<br><br>**Defendant.** | **Case No. 3:25cv00728**<br><br>**Judge Campbell**<br><br>**Magistrate Judge Holmes** |

**JOINT STIPULATION FOR DISMISSAL**

The parties hereby jointly give notice of and consent and stipulate to the dismissal with prejudice of all claims asserted by Plaintiff against Defendant in the above-referenced action, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear their own respective costs.

APPROVED FOR ENTRY:

*/s/ Regan B. Sherrell*
Jonathan O. Harris, TN Bar No. 21508
Regan B. Sherrell, TN Bar No. 39544
Jackson Lewis P.C.
611 Commerce Street, Suite 2803
Nashville, TN 37203
(615) 565-1661
Email: Jonathan.Harris@jacksonlewis.com
Regan.Sherrell@jacksonlewis.com

*/s/ Brandon G. Hall (signed with permission)*
Brandon G. Hall
Zackary Walker Brown
Employment & Commerce Law Group
1625 Broadway, Suite 601
Nashville, TN 37203
Email: bhall@eclaw.com
zach@eclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2026, I electronically filed the *Joint Stipulation of Dismissal* with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties.

Brandon G. Hall
Zackary Walker Brown
Employment & Commerce Law Group
1625 Broadway, Suite 601
Nashville, TN 37203
Email: bhall@eclaw.com
zach@eclaw.com

*/s/ Regan B. Sherrell*
Regan B. Sherrell

4936-1720-4699, v. 1