**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| **AMANDA OSTRANDER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **NO. 3:25-cv-00728** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **ONCOCYTE CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

The Court is in receipt of the Joint Stipulation of Dismissal (Doc. No. 21) filed by the parties stating that they consent and stipulate to the dismissal of all claims asserted by Plaintiff against Defendant in this action with prejudice. Accordingly, pursuant to the parties' joint stipulation, this action is hereby **DISMISSED** with prejudice.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE